UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.          **ORDER**
            Criminal File No. 15-40 (MJD/HB)

(1) DAVID EDWARD JAKEL,

    Defendant.

Katharine T. Buzicky, Assistant United States Attorney, Counsel for Plaintiff.

Robert D. Richman, Esq., Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated May 22, 2015. Defendant filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Bowbeer dated May 22, 2015.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated May 22, 2015 [Docket No. 61].

2. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 41] is **DENIED**.

3. Defendant's Motion to Suppress Statements, Admissions and Answers [Docket No. 42] is **DENIED**.

Dated:  July 8, 2015                             s/Michael J. Davis
                                                 Michael J. Davis
                                                 United States District Court